■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERENCE MOON, Appellant. [782 NYS2d 369]—Appeal by the defendant from a judgment of the County Court, Nassau County (Honorof, J.), rendered January 23, 2001, convicting him of burglary in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to support his conviction is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Gray*, 86 NY2d 10 [1995]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Betancourt*, 68 NY2d 707 [1986]; *People v Contes*, 60 NY2d 620 [1983]), we find that it was legally sufficient to establish his guilt beyond a reasonable doubt (*see People v Urquidez*, 5 AD3d 800 [2004]; *People v Hirsch*, 280 AD2d 612 [2001]; *People v Murray*, 168 AD2d 573 [1990]). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The defendant was provided with "meaningful representation" (*People v Benevento*, 91 NY2d 708, 712 [1998]).

The defendant's contentions in his supplemental pro se brief

either are unpreserved for appellate review or without merit. Altman, J.P., Florio, Mastro and Fisher, JJ., concur.